IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE No: 1:12-cr-0133-11-SEB/TAB |
| | ) | |
| MICHAEL FOLEY, | ) | |
| | ) | |
| Defendant, | ) | |

**WAIVER OF PRELIMINARY EXAMINATION
AND DETENTION**

COMES NOW, Michael Foley, by counsel and files waiver of preliminary examination and detention.   In support, defendant shows the following:

1. Mr. Foley has been indicted and the  matter is set for a detention hearing on August 28, 2012 at 1:30.

2. Undersigned counsel has discussed this with Mr. Foley and have reviewed the circumstances and facts surrounding his situation.  Based upon consultation with counsel, Mr. Foley would waive his right to a preliminary examination and detention hearing.

3. Because Mr. Foley is in Henderson County counsel could not personally meet with him and have him sign it.  However, counsel did discuss this with Mr. Foley via video phone and Mr. Foley agreed to waive.

Respectfully submitted,


/s/ Joseph M. Cleary
Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that  a true and accurate copy of the foregoing was served filed electronically on this 27th of August 2012.  Notice of filing will be sent to Mr. Barry Glickman of the Office of the United States Attorney by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/Joseph M. Cleary
Attorney for Petitioner

Joseph M. Cleary
310 N. Alabama, Suite 250