8/3/14

Honorable Judge Barker,

I am writing requesting a copy of my sentencing transcripts, also I am working on something for my case and I would like a print-out of all the co-defendant's sentencing so I can see the disparity between co-defendents sentences. Thank you for your time and consideration.

Respectfully Submitted,
Michael Foley
Michael Foley

Case No. 1:12-cr-55-11-SEB/TAB

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2014 AUG -8 PM 3:12
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS