IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>                    Plaintiff  )<br>                               )<br>                               )<br>                               )<br>VS.                            ) Case No: 1:12-CR-SS-11-SEB/TAB<br>                               )<br>                               )<br>                               )<br>MICHAEL FOLEY,                 )<br>    Defendant.                 )<br>                               ) | |

**FORMAL PETITION FOR CONSIDERATION OF SENTENCE MODIFICATION
ALL IN ACCORDANCE WITH TITLE 18 USC SECTION §3582 (c)(2) UNDER
IMPOSITION OF SENTENCE AS PURSUANT TO AMENDMENT 782 known herein
"DRUGS MINUS 2"**

   NOW COMES, Petitioner Michael Foley (Defendant), as pro-se, moves this Honorable Court to modify his sentence under title 18 U.S.C. §3582(c)(2). Based on the United States sentencing Commission authorizing judges to reduce Drug Sentences for eligible prisoners under guidelines §2D1.1 unanimously voted on July 18, 2014 Amendment 782. The Defendant was charged with conspiracy to posses with the intent to distribute and/or distribute 50 grams or more of Methamphetamine, a schedule II Non-Narcotic Controlled Substance, in violation of Title 21, United States Code, Sections 841 (a)(1) 841(b)(1)(A) (viii), and 846. On August 27th, 2013 the Defendant Michael Foley was sentenced to 300 months incarceration, followed by 10 years supervised release, and a $1,000 fine. This Defendant appeals to this Honorable Court for the Appointment of counsel toward legal representation and that such appointment include the name, David E. Cook as he's named and docketed public defender on record.

   Defendant Michael Foley, prays that this Honorable Court upholds the United States Sentencing Commissions unanimous votes on July 18th, 2014 to authorize judges to reduce sentences for eligible prisoners under guidelines §2D1.1.

### Certificate of Service

   It shall be affirmed that a true and complete copy of this petition has been placed into the services and addressed under First Class mail to the attention of the United States Attorney.

1

I, Michael Foley, under penalty of perjury and citing Title 28 USC §1746 affirm and attest that the foregoing is true and correct under sworn declaration.

On this 28th day in the month of October, 2014. I place my hand and seal.

MICHAEL FOLEY