Michael T. Foley 10911-028
US Penitentiary
P.O Box 1000
Marion, IL
62959

Judge Sara Evans Barker
46 E. Ohio St room 105
Indianapolis, IN
46204

RECEIVED
NOV 02 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA