UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 1:12-cr-00133-LJM-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL FOLEY, | ) | -11 |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Comes now the United States of America, by counsel, and moves for an enlargement of time of 15 days to respond to the Court's entry dated January 20, 2016, and advises the Court as follows:

1. The United States' response in this case is due on or before February 8, 2016.

2. In order to gather information and to fully and completely respond to the Court's Entry, an enlargement of time is required.

3. No prior enlargements of time have been requested and no additional enlargements are anticipated. This enlargement is requested to allow sufficient time to prepare a complete and appropriate response and not for any purpose of delay.

WHEREFORE, the United States respectfully prays that he be granted up to and including February 23, 2016, to respond to the Court's January 11, 2016 Entry.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s:/Barry D. Glickman
Barry D. Glickman
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, a copy of the foregoing Motion for Enlargement of Time as mailed, by First-Class Mail, postage prepaid and properly addressed to the following:

Michael Foley
Reg. 10911-028
Federal Correctional Institute
P.O. Box 5000
Greenville, IL 62246

    s:/Barry D. Glickman
Barry D. Glickman
Assistant United States Attorney

Office of the United States Attorney
10 W. Market Street
Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Facsimile:   (317) 226-5953
Email:   barry.glickman@usdoj.gov