UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cause No. 1:12-cr-00133-LJM-TAB |
| v. | ) | |
| MICHAEL FOLEY, | ) | -11 |
| Defendant. | ) | |

## ORDER

This matter having come before the Court on the United States= motion for enlargement of time, said motion being in the following words and figures, to-wit:

[H.I.]

And the Court, being duly advised in the premises, now GRANTS the motion for enlargement of time.

The United States shall have up to and including February 23, 2016, to respond to the Court's January 20, 2016 Entry.

So ORDERED.

DATED: February 9, 2016

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court=s ECF system.

Service via first-class U.S. Mail on:
Michael Foley
Reg. No. 10911-028
Federal Correctional Institute
P.O. Box 5000
Greenville, IL 62246