UNITED STATES District Court
Southern District of Indiana
Indianapolis Division

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 FEB 22 PM 5: 15
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

UNITED States of America
                Plantiff

v.                                          Cause No. 1:12-cr-00133-LJM-TAB

Michael Foley
                Defendant

### Response to enlargment of Time

Comes now the defendant, pro se, and prays the court will also take these Issues in consideration since the cops have asked for more time.

I recieved a updated Docket concerning me and all my co-defendents the day after I submitted my show cause motion. Many things have come up Due to this so I hope this reaches you before you make your Decision.

1) I recieved more time than the main characters on this case. They have prior numbers in thier background and are only facing 10-life, but I have a simple possession and I immediatly goto 20-life. They recieved less time because they are currently serving a state sentence.

2) It has come to my attention that the 851, prior drug felony, they filed on me should not have been filed. I have simple possessions in my background and because my lawyer lied to me and said I couldn't fight the 851 I was talked into pleading guilty. You cannot file an 851 on simple possession.

3) Every co-defendant on count 1 of the indictment that was sentenced after the 2 point reduction took affect recieved the 20 year mandatory minimum. Also numerous co-defendents that were sentenced before the 2 points also recieved a reduction. Its all black and white on the Docket.

4) Due to the nature of my plea agreement which states I cannot file any appeal specifically 2255, I cannot fight the 851 or the insuffent Counsel.

5) I have also seen numerous co-defendents who have filed an appeal after thier sentencing and thier case was Dismissed on Appeal?

6) I will be the first to admit I have had a few slip-ups during my incarceration so far. I still should not be excluded from recieving the 2 point reduction because my guidelines change drastically.

7) I am currently under an OIG investigation for being in a sexual relationship with an BOP case manager. The state says I am a victim in this case and I am currently trying to pursue this. How is it that I am in the custody of the BOP and a ward of the gaurnment and this is allowed to happen? I have a case and I am just waiting for a response from a lawyer and the investigators of OIG.

   I pray the court recieves this in time and can take this additions into consideration. I thank you for your time and consideration.

                                                  Respectfully Submitted
                                                  Michael Foley 10911-028