United States of America                                May 5th 2016
Plaintiff
                                Case No. 1:12-cr-00133-WM-TAB-11
Michael Foley
Defendant

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2016 MAY -9 PM 2:40
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Defendants Response to governments opposition motion pursuant to 18 U.S.C § 3582

I apoligize for the delay in my response to government motion for I have been in transit for 5 weeks.

I hope the court will take my concerns into consideration before the Judge makes a decision.

For one now I am fully aware my ignorance to the law and my failure to see my ineffective assistance of counsel.

My first argument is the government filed a frivolous 851 motion on my prior drug felonies. I have 4 simple possessions in my Background and to my understanding the 851 would not apply to me because of this and they played a huge role in my sentence because it doubled my mandatory minimum from 10-Life to 20-Life. My lawyer did not even try to fight this and I was scared into even signing a plea because they threatend to file a second 851 enhancement which they say would have been mandatory life. I would not have plead guilty to this plea.

Second, they have me responsible for 58 kilos of meth which is another issue my lawyer did not explain

to me. I am only responsible for 115 grams of methamphetamine which my relevant conduct would have changed my offense level tremendously. I am not responsible for 58 kilos and I wish I would have known this. My lawyer explained none of this to me.

Third, I am barred from filing appeals now because of my plea so I can't raise these issues. How is it I was able to sign away my drugs minus two 2582 before that law was even into affect and now they say I am barred from filing any motions for future relief because of my plea agreement. All of these issues would have changed my offense level and I would have been eligible for relief. I still believe I am eligible because now my offense level should be a level 33 which is 232-292 months. I was given 300 months, 5 years above my mandatory minimum. I pray the court will grant me some relief looking at these arguments.

I understand AsuA Glickman's hesitation in granting me some relief under the the drugs minus two motion because of the seriousness of my indictment but I played a minor role and 20 years is still a very long time for me to spend in prison because of this. I pray he can find it in his heart to give me a chance with some relief. I am starting to do all the programs I can do while I'm here.

Thank you for the courts patience with this issue. I pray the court will consider me for the drugs minus 2.

Thank you for your time and consideration.

Respectfully Submitted
Michael Foley 10911-028

*Michael Foley*