UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cr-00133-SEB-TAB |
| | ) | |
| MICHAEL FOLEY, | ) | -11 |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for July 19, 2018**

Defendant's request for a copy of the sentencing hearing [Dkt. 1821] is DENIED. Transcripts will not be produced at public expense on Defendant's mere request. *See United States v. Estupinan-Paredes*, 967 F. Supp. 39 (D.P.R. 1997). A transcript of the sentencing hearing can only be provided at public expense upon a determination by the Court that the transcript is needed to decide an issue presented in a non-frivolous proceeding pursuant to 28 U.S.C. § 2255, or in some other non-frivolous proceeding that presents a substantial questions. *See* 28 U.S.C. § 753(f). These circumstances are not present at this time. If Defendant wishes to pay for a copy of the sentencing hearing transcript, he may obtain an estimate of the expense to obtain it by presenting such inquiry directly to:

    Court Reporter Laura Howie-Walters
    c/o Clerk, U.S. District Court
    Birch Bayh Federal Building & U.S. Courthouse
    46 East Ohio Street
    Indianapolis, IN 46204.

Distribution:

Michael Foley #10911-028
United States Penitentiary Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525

All ECF-registered counsel of record via email generated by the court's ECF system